United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NORMA YESENIA MARTINEZ ZEPEDA, §
§
Petitioner, §
§
v. § CIVIL ACTION NO. H-26-4065
§
MARTIN FRINK, et al., §
§
Respondents. §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 17th day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE